

08CV293
JUDGE NORGLE
MAG. JUDGE NOLAN

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Veronika Miroshnichenko
(Please print)

**STREET ADDRESS:** 503 Waterford Drive

**CITY/STATE/ZIP:** Oswego IL 60543

**PHONE NUMBER:** 630 636 6149

**CASE NUMBER:** _____

**FILED**
J.N
JAN 14 2008
Jan 14, 2008
MICHAEL W. D...
CLERK, U.S. DISTRICT COURT

_[signature]_
Signature

01/14/2008
Date