## United States District Court for the Northern District of Illinois

Case Number: 08V293           Assigned/Issued By: J. N.

Judge Name: NORGLE           Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP        [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                    Receipt #: 1116285

Date Payment Rec'd: 1/14/08          Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _1_ copies on _1/14/08_ as to _DEFENDANT_
                                (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05