## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 293 | **DATE** | 1/15/2008 |
| **CASE TITLE** | Miroshnichenko vs. Blackwood | | |

**DOCKET ENTRY TEXT**

The parties are directed to brief the issue of whether the court has jurisdiction over this matter. The parties shall file their briefs on or before February 22, 2008. See, e.g., Sharif v. Chertoff, 497 F. Supp. 2d 928 (N.D. Ill. 2007) (Norgle, J.); Zeng v. Chertoff, No. 06-112, 2007 U.S. Dist. LEXIS 67307 (D. N.D. Sept. 11, 2007). The court "retain[s] jurisdiction to determine whether [it has] jurisdiction." Lara-Ruiz v. INS, 241 F.3d 934, 938-39 (7th Cir. 2001).

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|