AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Veronika MIROSHNICHENKO,
         Plaintiff

CASE NUMBER: **08C 0293**

V.

ASSIGNED JUDGE: **JUDGE NORGLE**

Robert L. BLACKWOOD, Field Office Director,
United States Citizenship & Immigration Serviees,
         Defendant

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

*[RECEIVED stamp: UNITED STATES ATTORNEY, NORTHERN DISTRICT, CHICAGO, ILLINOIS, JAN 14 2008 A 10 46]*

TO: (Name and address of Defendant)

Robert L. Blackwood, Field Office Director
United States Citizenship & Immigration Services
101 W Congress Parkway
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Veronika V. Miroshnichenko
503 Waterford Drive
Oswego, Illinois 60543

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JANNETTE NUNEZ                                            JAN 14 2008
(By) DEPUTY CLERK                                                DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 14, 2008 |
| NAME OF SERVER *(PRINT)* JOHN A. MONRO | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Office of the United States Attorney, Northern District of Illinois.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-14-2008
             *Date*

*Signature of Server*

503 WATERFORD DR., OSWEGO, IL 60543
*Address of Server*

**FILED**
J.N
JAN 2 2 2008
Jan 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT