UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Veronika Miroshnichenko, | ) | |
| | ) | No. 08 C 0293 |
| Plaintiff, | ) | |
| | ) | Judge Norgle |
| v. | ) | |
| | ) | |
| Robert L. Blackwood, Field Office | ) | |
| Director, United States Citizenship & | ) | |
| Immigration Services, | ) | |
| | ) | |
| Defendant. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Sheila M. McNulty
       SHEILA M. McNULTY
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-8788