UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VERONIKA MIROSHNICHENKO | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0293 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| ROBERT BLACKWOOD, FIELD OFFICE DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to the Court's Minute Order dated January 15, 2008, the United States Department of Homeland Security, by and through their attorney, Patrick J. Fitzgerald, the United States Attorney for the Northern District of Illinois, hereby submit their position regarding jurisdiction in this case, and move to dismiss the complaint filed by plaintiff for lack of subject matter jurisdiction. In support of this motion the defendants state:

1. The complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction because plaintiff cannot establish jurisdiction under 8 U.S.C. §1252(a)(2)(B)(ii). Plaintiff has likewise not established subject matter jurisdiction under the Administrative Procedures Act, or the Declaratory Judgment Act.

2. The complaint should also be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted because plaintiff seeks relief that this Court cannot grant without acting contrary to law. Defendants have submitted a memorandum of law in

support of this motion.

                           Respectfully submitted,

                           PATRICK J. FITZGERALD
                           United States Attorney

                           By: s/Sheila McNulty
                              SHEILA McNULTY
                              Special Assistant United States Attorney
                              219 South Dearborn Street
                              Chicago, Illinois 60604
                              (312) 353-8788

## CERTIFICATE OF SERVICE

The undersigned Special Assistant United States Attorney hereby certifies that the following documents:

MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF MOTION

was served on February 14, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers and by regular mail to any non-ECF filer:

Veronika Miroshnichenko
503 Waterford Drive
Oswego, Illinois 60543

                                        s/Sheila McNulty
                                        SHEILA McNULTY
                                        Special Assistant U.S. Attorney
                                        Chicago, Illinois