**GOVERNMENT EXHIBIT 1**

U.S. Department of Homeland Security                                           **Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID : 269599003                                    File No: A096 609 123
                                                          Event No: CHI0802000024

In the Matter of:
    Veronika Vladimirovna MIROSHNICHENKO

Respondent: _____ currently residing at:

503 WATERFORD , OSWEGO ILLINOIS 60543
_____
              (Number, street, city and ZIP code)      (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of RUSSIA and a citizen of RUSSIA;
3. You were admitted to the United States at Los Angeles, CA on or about August 6, 2005 as a K-2 non-immigrant;
4. You were admitted to the United States at Los Angeles, CA on or about August 6, 2005 as a nonimmigrant K-2 with authorization to remain in the United States for a temporary period not to exceed 90 days; you applied for adjustment of status on August 18, 2005. Your application for adjustment of status was denied on April 23, 2007.
5. You remained in the United States beyond April 23, 2007 without authorization from the United States Citizenship and Immigration Services.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
    See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
☐ Section 235(b)(1) order was vacated pursuant to: ☐8CFR 208.30(f)(2) ☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
55 East Monroe Street Suite 1900 Chicago ILLINOIS US 60603
_____
          (Complete Address of Immigration Court, including Room Number, if any)

on  a date to be set   at  a time to be set  to show why you should not be removed from the United States based on the
     (Date)         (Time)
charge(s) set forth above.       PAULINE WOODSON    Supervisory Adjudications Officer
                                 (Signature and Title of Issuing Officer)
Date: 2/7/08       CHICAGO, IL
                                    (City and State)

See reverse for important information              Form I-862 (Rev. 08/01/07)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____   _____
(Signature of Respondent)

Date: _____

_____
(Signature and Title of Immigration Officer)

### Certificate of Service

This Notice To Appear was served on the respondent by me on _____, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☐ in person    ☐ by certified mail, returned receipt requested    ☒ by regular mail

☐ Attached is a credible fear worksheet.

☐ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____   LISA MAHMOOD   SR. AO _____
(Signature of Respondent if Personally Served)                    (Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-862 |
|---|---|---|
| Alien's Name<br>Veronika Vladimirovna MIROSHNICHENKO | File Number<br>A096 609 123<br>Event No: CHI0802000024 | Date<br>2/7/08 |

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
===========================================================================

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States. You were admitted to the United States on August 6, 2005 at the Los Angeles, California Airport. You filed for adjustment of status on August 18, 2005. The application for adjustment of status, Form I-485, was denied on April 23, 2007.

| Signature<br>PAULINE WOODSON | Title<br>Supervisory Adjudications Officer |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)